## FINANCIAL STATEMENT

RICHARD F. SUHRHEINRICH

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 27 | 953 | Notes payable to banks—secured | 18 | 743 |
| U.S. Government securities—add schedule | 11 | 000 | Notes payable to banks—unsecured | | |
| Listed securities—add schedule 3 | 11 | 320 | Notes payable to relatives | | |
| Unlisted securities—add schedule 4 | | 300 | Notes payable to others | | |
| Accounts and notes receivable: 6 | | | Accounts and bills due | | |
| Due from relatives and friends | 116 | 113 | Unpaid income tax | | |
| Due from others | | | Other unpaid tax and interest | | |
| Doubtful | | | Real estate mortgages payable—add schedule 7 | 38 | 560 |
| Real estate owned—add schedule 7 | 525 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts—itemize: | | |
| Autos and other personal property | 180 | 000 | | | |
| Cash value—life insurance 8 | 39 | 391 | | | |
| Other assets—itemize: | | | | | |
| Bonds - Schedule 5 | 369 | 748 | | | |
| Partnership - Schedule 9 | 245 | 800 | | | |
| IRA | 7 | 000 | Total liabilities | 57 | 303 |
| | | | Net worth | 1 396 | 522 |
| Total assets | 1 453 | 825 | Total liabilities and net worth | 1 453 | 825 |

| CONTINGENT LIABILITIES | NONE | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule.) | NO | |
| On leases or contracts | | | | | |
| Legal Claims | | | Are you defendant in any suits or legal actions? | NO | |
| Provision for Federal Income Tax | | | Have you ever taken bankruptcy? | NO | |
| Other special debt | | | | | |

Digitized by Google

APPENDIX C

## FINANCIAL DISCLOSURE REPORT

| | | |
|---|---|---|
| SUHRHEINRICH, Richard F. | U.S. District Court Eastern District of Michigan | 4/23/90 |

| Title | Date of Entry, Nomination/Termination (only if initial or final report) | |
|---|---|---|
| United States District Judge | April 18, 1990 | 1/1/90 – 4/23/90 |

Home or office address
Room 853 Federal Building
Detroit, Michigan 48226

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions) | |
| See Exhibit I | |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| See Exhibit II | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

FINANCIAL DISCLOSURE REPORT            SUHRHEINRICH, Richard F.      4/28/

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food. entertainment.
(Includes those to spouse and dependent children; see pp. of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [ ] NONE (No such reportable gifts) | | |
| See Exhibit III | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] NONE (No reportable liabilities) | | |
| Macomb County Bank | 9%, 15 year mortgage note dated 1/31/77 secured by cottage property | L |
| Comerica Bank - Detroit (S)) | Guarantee of debt in the name of Fairview Enterprises, Inc. | L |
| Serf Credit Union | Unsecured Note | K |
| | | |

| * VALUE CODES: | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |

Digitized by Google

BREITLRITZ, Richard F. — 21 97

## IV INVESTMENTS and Trusts -- income, value, transactions.

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | | | | | Type (e.g. buy/sell) | | | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets or transactions) | | | | | | | | |
| One-third interest in | | | | | | | | |
| 104 Acres Vacant Land | | | | | | | | |
| in Richmond Twp., | | | | | | | | |
| Macomb County, MI | C | Loss | N | W | | | | |
| One-fourth interest in | | | | | | | | |
| 56 Acres Vacant Land | | | | | | | | |
| in Richmond Twp., | | | | | | | | |
| Macomb County, MI | A | -- | - | - | Sold | 1/1/89 | M | D | Christopher Donato Jr. |
| Land Contract from | | | | | | | | |
| Christopher Donato, Jr. | | | | | | | | |
| Resulting from Sale | | | | | | | | |
| of Vacant Land | C | Int. | L | T | Acq. | 1/1/90 | M | | |
| Sold Land Contract | | | | | | | | |
| Interest in 56 acres | | | | | | | | |
| to Donald Z. Ricard | A | -- | -- | -- | Sold | 1/19/90 | L | A | Donald Z. Ricard |
| Cottage Butcherville | | | | | | | | |
| Twp., Michigan | A | None | N | W | | | | |
| Savings Account-Serf | | | | | | | | |
| Credit Union, | | | | | | | | |
| Roseville, MI | A | Int. | K | T | | | | |

1 Income Gain Value    A = none ($0 to $100)    B = $101 to $1,000    C = $1,001 to $2,500    D = $2,501 to $5,000    H = over $5,000
2 Value Codes    D = $1,001 to $15,000    F = $15,001 to $50,000    G = $30,001 to $100,000    M = $15,001 to $50,000
3 Value Method Codes    N = $50,001 to $100,000    K = $1,001 to $5,000    L = $5,001 to $15,000    P = over $250,000
    Q = Appraisal    O = $100,001 to $250,000    R = Cost (real estate only)    S = Assessed value    T = Cash/Market
    U = Book value    V = Other    W = Estimated

Digitized by Google

PAGE 4

**FINANCIAL DISCLOSURE REPORT** (cont'd)

Name of Person Reporting
SUHRHEINRICH, Richard F.

Date
4/23/90

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of partial disclosure for dependent children: see pp. 24-35 of Instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting Individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Savings Account – | | | | | | | | | |
| 2 Comerica Bank - Detroit | | | | | | | | | |
| 3 Detroit, Michigan | D | Int. | L | T | | | | | |
| 4 Personal Checking Account | | | | | | | | | |
| 5 Comerica Bank - Detroit | | | | | | | | | |
| 6 Detroit, Michigan | A | None | K | T | | | | | |
| 7 Cash Value of Life Ins. | | | | | | | | | |
| 8 and Annuities | A | None | N | W | | | | | |
| 9 Series EE U.S. Savings | | | | | | | | | |
| 10 Bonds | A | None | L | W | | | | | |
| 11 Limited Partnership Interest | | | | | | | | | |
| 12 Atlanta American Speedy | | | | | | | | | General Partner Declared Bankruptcy on 5/17/89. |
| 13 Printing-Partnership | | | | | | | | | Partnership lost all assets. Ceased opera- |
| 14 Formed to Operate | | | | | | | | | tions in 1989. Value: -0- |
| 15 Print Shop Franchises | | | | | | | | | |
| 16 in Atlanta, Georgia | A | Loss | J | W | | | | | |
| 17 Partnership Interest – | | | | | | | | | |
| 18 Golf Realty Company | | | | | | | | | |
| 19 95% Interest in | | | | | | | | | |
| 20 Real Estate Owned In | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

**558**

## VII. INVESTMENTS and TRUSTS--income, value, transactions.

partial disclosure for dependent children . . . of instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Amount Code (A-H) Type (e.g. div.) | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Value Code (J-P) | Value Method Code (Q-W) | Type (e.g. sold) | Date: Month-Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | |
| Rochester, MI | D Loss | O | R | | | | | |
| 1500.95 Shares - | | | | | | | | |
| Infinity Fund, a | | | | | | | | |
| Stock market fund | B Loss | L | T | | | | | |
| Savings Account - (S) | | | | | | | | |
| National Bank of | | | | | | | | |
| Detroit, Detroit, MI | A Int. | K | T | | | | | |
| Individual Retirement | | | | | | | | |
| Acct. (S) - First of | | | | | | | | |
| Michigan, Detroit, MI | | | | | | | | |
| Macomb Bank - Trustee | | | | | | | | |
| Underlying Asset - | | | | | | | | |
| Zenith Lab Stock | A None | - | - | Sold | 1/4/90 | | | Transferred to NBD IRA |
| --Transferred on 3/19/90 | | | | | | | | |
| to National Bank of | | | | | | | | |
| Detroit Existing IRA | | | | | | | | |
| Acct. 02714368 | | | | | | | | |
| Underlying Asset - | | | | | | | | |
| Savings Account | A None | K | T | | | | | |
| | | | | | | | | |

| | | | |
|---|---|---|---|
| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

| Name of Person Reporting | Date of Report |
|---|---|
| SUHRHEINRICH, Richard F. | 4/23/90 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting Individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Individual Retirement | | | | | | | | | |
| 2 Acct. - First of | | | | | | | | | |
| 3 Michigan, Detroit, MI | | | | | | | | | |
| 4 Macomb Bank - Trustee | | | | | | | | | |
| 5 Underlying Asset- | | | | | | | | | |
| 6 Zenith Lab Stock | A | None | - | - | Sold | 1/4/90 | | | Transferred to Comerica IRA |
| 7 --Transferred to Comerica | | | | | | | | | |
| 8 IRA Account - 2/12/90 | A | None | K | T | | | | | |
| 9 273.593 Shares - | | | | | | | | | |
| 10 Prudential Bache | | | | | | | | | |
| 11 Research Fund, Inc. | A | Div. | K | T | Purch. | Var. | Dividend Reinvest | | |
| 12 $65,000 Face Amount | | | | | | | | | |
| 13 Michigan Strategic | | | | | | | | | |
| 14 Fund, Bond | D | Int. | N | T | | | | | |
| 15 2,000 Shares - | | | | | | | | | |
| 16 Zenith Labs | | | | | | | | | |
| 17 1000 Shares sold | A | Div. | -- | -- | Sold | 1/23/90 | K | E | (loss) |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

## VII. INVESTMENTS and TRUSTS--income, value, transactions. (includes those of spouse and

partial disclosure for dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | |
|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g. div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g. sold) | Date: Month- Day | If not exempt from disclosure | |
| | | | | | | | Value Code² (J-P) | Gain Code⁴ (A-H) | Identity of buyer/seller (if private transaction) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1  $50,000 Face Amount | | | | | | | | | |
| 2  Michigan St. Hosp. | | | | | | | | | |
| 3  Finance Rev. - Harper | | | | | | | | | |
| 4  Grace Hosp., Bond | D | Int. | N | T | | | | | |
| 5  $50,000 Face Amount | | | | | | | | | |
| 6  Michigan St. Hosp. | | | | | | | | | |
| 7  Finance Rev. - Hutzel | | | | | | | | | |
| 8  Hospital, Bond | D | Int. | N | T | | | | | |
| 9  $25,000 Face Amount - | | | | | | | | | |
| 10  Mich. Higher Ed. Student | | | | | | | | | |
| 11  Loan Auth., Bond | C | Int. | M | T | | | | | |
| 12  $25,000 Face Amount - | | | | | | | | | |
| 13  Mich. Higher Ed. Student | | | | | | | | | |
| 14  Loan Auth., Bond | C | Int. | M | T | | | | | |
| 15  $50,000 Face Amount - | | | | | | | | | |
| 16  Kalamazoo, MI | | | | | | | | | |
| 17  HFA Rev., Bond | D | Int. | N | T | | | | | |
| 18  $50,000 Face Amount - | | | | | | | | | |
| 19  State Bldg. Auth., | | | | | | | | | |
| 20  Bond, Ferris State | D | Int. | N | T | | | | | |

1 Income/Gain Codes:   A = exempt ($50 to $100)   B = $101 to $1,000   C = $1,001 to $2,500   D = $2,501 to $5,000
                       E = $5,001 to $15,000   F = $15,001 to $50,000   G = $50,001 to $100,000   H = over $100,000
2 Value Codes:   J = exempt ($50 to $1,000)   K = $1,001 to $5,000   L = $5,001 to $15,000   M = $15,001 to $50,000
                 N = $50,001 to $100,000   O = $100,001 to $250,000   P = over $250,000
3 Value Method Codes:   Q = Appraisal   R = Cost (real estate only)   S = Assessed value   T = Cash/market
                        U = Book value   V = Other   W = Estimated

Digitized by Google

**FINANCIAL DISCLOSURE REPORT** (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| SUHRHEINRICH, Richard F. | 4/23/93 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse and partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 $50,000 Face Amount – | | | | | | | | | |
| 2 Michigan Municipal | | | | | | | | | |
| 3 Bond Auth., Bond | D | Int. | N | T | | | | | |
| 4 Partnership Interest – | | | | | | | | | |
| 5 Peachtree Financial | | | | | | | | | |
| 6 Services, Partnership | | | | | | | | | |
| 7 formed to make | | | | | | | | | |
| 8 loans to Atlanta | | | | | | | | | |
| 9 Speedy Printing | | | | | | | | | |
| 10 Partnership | C | Loss | K | U | | | | | |
| 11 200 Shares - Salomon | | | | | | | | | |
| 12 Incorporated | A | Div. | K | T | | | | | |
| 13 800 Shares - Fairview | | | | | | | | | |
| 14 Enterprises, Inc.(S) | A | None | B | W | | | | | |
| 15 Note Receivable – | | | | | | | | | |
| 16 Fairview Enterprises, | | | | | | | | | |
| 17 Inc. (S) | A | Int. | N | U | | | | | |
| 18 Retirement Plan - 401(k) | | | | | | | | | |
| 19 Thrift Through | | | | | | | | | |
| 20 U.S. Government | A | None | L | W | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

**FINANCIAL DISCLOSURE REPORT (cont'd)**

Name of Person Reporting: SUHRHEINRICH, Richard F.

Date of Report: 4/23/93

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse partial disclosure for dependent children; see pp. 34-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 St. Clair Tax Free | | | | | | | | | | |
| 2 Money Market Account | B | Int. | K | T | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

# 563

FINANCIAL DISCLOSURE REPORT

SUHRHEINRICH, Richard F.       4/23/90

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS.

> [x] Check to affirm that differences or investments from those reported in prior year are exempt from disclosure

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _Richard F. Suhrheinrich_          Date __4/23/90__

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 204, AND 18 U.S.C. § 1001.)

> **FILING INSTRUCTIONS:**
>
> 1. Mail signed original and 3 additional copies to:
>    Judicial Ethics Committee
>    Administrative Office of the
>    United States Courts
>    Washington, DC 20544
>
> 2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google